**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-1457**

---

ALFRED G. GAGE,

            Plaintiff - Appellant,

      v.

GOLDEN CORRAL CORPORATION,

            Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge.  (5:13-cv-00132-F)

---

Submitted:  August 28, 2014          Decided:  September 2, 2014

---

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Alfred G. Gage, Appellant Pro Se.  David L. Woodard, POYNER
SPRUILL LLP, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfred G. Gage appeals the district court's order granting summary judgment to the Defendant and dismissing his civil action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gage v. Golden Corral Corp., No. 5:13-cv-00132-F (E.D.N.C. Apr. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED